UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

TODD KREISLER,                                          :
                                                        :
                  Plaintiff,                            :
                                                        :          Civil Action No. .: 10 Civ. 7593 (GBD)
        -against-                                       :
                                                        :          **STIPULATION OF**
TACO LOCAL CORP., a New York                            :          **DISMISSAL WITH PREJUDICE**
corporation, d/b/a FRESH TORTILLA                       :
GRILL, and 573 SECOND AVENUE                            :
CORP. a New York corporation,                           :
                                                        :
                  Defendants.                           :
------------------------------------------------------x

The Plaintiff, TODD KREISLER, and Defendants TACO LOCAL CORP., a New York

corporation, d/b/a FRESH TORTILLA GRILL, and 573 SECOND AVENUE CORP. a New York

corporation, by and through their undersigned counsel, and pursuant to the provisions of Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action

with prejudice.   A resolution of all matters in dispute has been made pursuant to a certain

Confidential Settlement Agreement.  All parties shall bear their own attorneys' fees, costs, and

expenses other than those specified in said Confidential Settlement Agreement, more particularly,

Defendant 573 Second Avenue has reserved the right to recover its attorney's fees and costs

incurred in this action against Defendant Taco Local Corp. and Third Party Defendant  Liang Ping

Lin in a separate action or proceeding against Defendant Taco Local Corp. and Third Party

Defendant  Liang Ping Lin, and all parties agree not to file any further motions in this matter other

than to enforce the terms of the Settlement Agreement, if necessary.

        Dated this 21st day of June, 2011.


                    [SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,


Adam T. Shore, Esq.
Law Office of Adam Shore
Attorney for Plaintiff
100 Park Avenue, Suite 1600
New York, New York 10017
Tel: (646) 476-4296


Steven T. Gee, Esq.
Steven T. Gee, P.C.
Attorney for Defendant
573 Second Avenue Corp.
121 Chrystie Street
New York, New York 10002
Tel: (516) 663-0977


Boris Linares, Esq.
Boirs Linares & Associates
Attorney for Defendant
Taco Local Corp.
340A Willis Avenue
Mineola, New York 11501
Tel: (212) 334-8838


**SO ORDERED:**


HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE